UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:25-cr-00020-MTK |
| v. | INFORMATION |
| SARA ELIZABETH LAY, | 21 U.S.C. § 843(a)(3) |
| Defendant. | Forfeiture Allegation |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Acquiring or Obtaining Possession of Controlled Substance by Misrepresentation, Fraud, Forgery, Deception, or Subterfuge)**
**(21 U.S.C. § 843(a)(3))**

Between on or about July to October 2024, in the District of Oregon, defendant **SARA ELIZABETH LAY** did knowingly acquire or obtain possession of fentanyl, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception, or subterfuge.

In violation of Title 21, United States Code, Section 843(a)(3).

/ / /

/ / /

/ / /

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant **SARA ELIZABETH LAY** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

Dated: January 16, 2025

                                              NATALIE K. WIGHT
                                              United States Attorney

                                              */s/ Joseph H. Huynh*
                                              JOSEPH H. HUYNH
                                              Assistant United States Attorney